**No. 11-7294. Francisco Diaz Arteaga, Petitioner v. United States.**

565 U.S. 1148, 132 S. Ct. 1038, 181 L. Ed. 2d 791, 2012 U.S. LEXIS 535.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 436 Fed. Appx. 343.

**No. 11-7337. Dean Sacco, Petitioner v. United States.**

565 U.S. 1148, 132 S. Ct. 1040, 181 L. Ed. 2d 791, 2012 U.S. LEXIS 440.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 650 F.3d 839.